## WALT COOK v. STATE.

No. A-2804.   Opinion Filed October 7, 1917.

(168 Pac. 248.)

**APPEAL AND ERROR—Dismissal for Want of Prosecution.** Where an appeal from a conviction was taken by filing a petition in error with case-made, but no briefs were filed, a motion to dismiss the case for failure to prosecute the appeal will be granted.

*Appeal from County Court, Garfield County;*
*E. L. Swigert, Judge.*

Walt Cook was convicted of a violation of the prohibitory law, and he appeals.     Affirmed.

*H. J. Sturgis,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM.   On information filed in the county court of Garfield county, charging that the plaintiff in error, Walt Cook, did on or about the 23d day of March, A. D. 1915, have in his possession intoxicating liquor, to wit, 12 quarts of beer, at his place of business on South Grand avenue, in a building known as the Grand Avenue Hotel Building, in the city of Enid, with the intent then and there to sell the same, he was tried and convicted, and was by said court sentenced to serve a term of four months in the county jail and to pay a fine of $500 and costs.

To reverse the judgment an appeal was taken by filing in this court on July 31, 1916, a petition in error with case-made.   No briefs have been filed.   When the case was called for final submission, the Assistant Attorney General moved to affirm the case for failure to prosecute the appeal.

It appearing that the appeal has been abandoned, the judgment of the lower court is affirmed. Mandate forthwith.